DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RASHAD J. TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0253

_____

April 29, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Lawrence Mark Lefler, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KHOUZAM and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.